UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JERRY HO, et al.,

        Plaintiffs,

  v.

BAY AREA RAPID TRANSIT DISTRICT,

        Defendant.

Case No.  15-cv-01128-HSG

**SCHEDULING ORDER**

A Case Management Conference in this action was held on June 9, 2015 before the undersigned. The following deadlines are set:

| Event | Deadline |
| --- | --- |
| Last Day to Amend Pleadings | Jul. 31, 2015 |
| Last Day to File Dispositive Motions | Dec. 3, 2015 |
| Close of Fact Discovery | Jan. 4, 2016 |
| Last Day to Hear Dispositive Motions | Jan. 7, 2016 |
| Initial Expert Disclosures | Jan. 8, 2016 |
| Rebuttal Expert Disclosures | Jan. 22, 2016 |
| Close of Expert Discovery | Feb. 5, 2016 |
| Pretrial Conference | Mar. 22, 2016 |
| Trial | Apr. 11, 2016 |

These dates may only be altered by order of the Court and only upon a showing of good cause.

**IT IS SO ORDERED.**

Dated: 7/1/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge