John Ota, SBN 195532
LAW OFFICES OF JOHN OTA
1720 Broadway
Alameda, CA 94501
Tel. (510) 521-7047
Email:  johnota@sbcglobal.net

Glicel Sumagaysay (SBN 263273)
Law Office of Glicel Sumagaysay
5109 Caddie Court
Richmond, California 94806
Telephone (510) 374-4884
Fax (510) 338-9240
Email: gs@sumagaysaylaw.com

Attorneys for Plaintiffs JERRY HO, CHARLES HARDMAN, MICHAEL HARRIS and RYAN CASSIDY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| JERRY HO, CHARLES HARDMAN, MICHAEL HARRIS and RYAN CASSIDY,<br><br>            Plaintiffs,<br><br>     v.<br><br>BAY AREA RAPID TRANSIT DISTRICT, a public entity in California;<br><br>            Defendants. | Case No. 3:15-cv-1128 HSG<br><br>ORDER GRANTING STIPULATED REQUEST TO EXTEND DEADLINE FOR COMPLETING ADR |

Pursuant to the parties' Stipulated Request to Extend the Deadline for Completing ADR, IT IS ORDERED THAT the parties' deadline for completing ADR is extended to October 23, 2015.

Dated:  August 4, 2015

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Extension of ADR Deadline - *Ho v. BART*, Case No.3:15-cv-1128 HSG