John Ota, SBN 195532
LAW OFFICES OF JOHN OTA
1720 Broadway
Alameda, CA 94501
Tel. (510) 521-7047
Email:  johnota@sbcglobal.net

Glicel Sumagaysay (SBN 263273)
Law Office of Glicel Sumagaysay
5109 Caddie Court
Richmond, California 94806
Telephone (510) 374-4884
Fax (510) 338-9240
Email: gs@sumagaysaylaw.com

Attorneys for Plaintiffs JERRY HO, CHARLES HARDMAN, MICHAEL HARRIS and RYAN CASSIDY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| JERRY HO, CHARLES HARDMAN, MICHAEL HARRIS and RYAN CASSIDY, <br><br>　　　　　　　Plaintiffs, <br><br>　　v. <br><br>BAY AREA RAPID TRANSIT DISTRICT, a public entity in California; <br><br>　　　　　　　Defendants. | Case No. 3:15-cv-1128 HSG <br><br>**ORDER GRANTING STIPULATED REQUEST TO SELECT MEDIATION AND TO EXTEND DEADLINE FOR COMPLETING ADR** |

　　　　Pursuant to the parties' Stipulated Request to Select Mediation and to Extend the Deadline for Completing ADR, IT IS ORDERED THAT the parties will proceed with mediation and the parties' deadline for completing ADR is extended to December 29, 2015.

_____
UNITED STATES DISTRICT JUDGE

---

[Proposed] Order Granting Stipulated Request To Select Mediation and to Extend Deadline For Completing ADR
*Ho v. BART*, Case No.3:15-cv-1128 HSG