UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY HO, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>BAY AREA RAPID TRANSIT DISTRICT,<br><br>    Defendant. | Case No. 15-cv-01128-HSG   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Mediator:  Morris Baller |

IT IS HEREBY ORDERED that the request to excuse plaintiffs Michael Harris, Charles Hardman and Ryan Cassidy from appearing in person at the November 17, 2015, mediation before Morris Baller is GRANTED.  The excused parties shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: November 6, 2015

Maria-Elena James
United States Magistrate Judge