UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY HO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BAY AREA RAPID TRANSIT DISTRICT, <br><br> Defendant. | Case No.  15-cv-01128-HSG <br><br> **ORDER GRANTING STIPULATED REQUEST FOR CONSOLIDATION AND CHANGE IN TRIAL SCHEDULE** <br><br> Re: Dkt. No. 35 |
| MICHELLE ALEXANDER, <br><br> Plaintiff, <br><br> v. <br><br> BAY AREA RAPID TRANSIT DISTRICT, Defendant. | Case No.  15-cv-03225-HSG |

Pursuant to the parties' Stipulated Request for Consolidation and Change in Trial Schedule, IT IS ORDERED THAT the two actions, *Ho v. Bay Area Rapid Transit District*, Case No. 3:15-cv-01128 HSG and *Alexander v. Bay Area Rapid Transit District*, Case No. 3:15-cv-03225 HSG, are consolidated for trial and pre-trial purposes. The earlier-filed civil action, Case No. 15-01128, shall serve as the lead case. The clerk is directed to administratively close the later-filed civil action, Case No. 15-03225. All future filings should be done in the lead case only.

The Court sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Litigation Event | Deadline |
|---|---|
| Fact and Expert Discovery Cutoff Date | June 13, 2016 |
| Hearing Date for Dispositive Motions | July 21, 2016 |

|  | at 2:00 p.m. |
| Pretrial Conference | October 18, 2016 at 3:00 p.m. |
| Jury Trial | November 7, 2016 at 8:30 a.m. |

The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

    **IT IS SO ORDERED.**

Dated:  11/9/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge